USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/31/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IOTA LP,

           Plaintiff,

- against -

VLADAMIR GUSINSKY and NEW
MEDIA HOLDING CO., LLC,

           Defendants.

09 Civ. 9412 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

        By letter dated December 15, 2009, Defendants request permission to file a motion to dismiss on grounds that this Court lacks subject matter jurisdiction. Defendants may file that motion pursuant to the schedule set forth below. The parties may take jurisdictional discovery over the next thirty days in preparation for that motion, and are ordered to cooperate in connection with the discovery process such that the briefing schedule is adhered to.

        It is further ORDERED that Defendants' time to answer or otherwise move with respect to the Complaint is extended to February 16, 2010.

        It is further ORDERED that the following briefing schedule will apply to the motion to dismiss:

    1) Defendants will serve moving papers by February 16, 2010;

    2) Plaintiff will serve opposition papers by March 2, 2010; and

3) Defendants will serve reply papers, if any, by March 9, 2010.

Dated: New York, New York
December 31, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge